**EXHIBIT 2**

**Procedures for Public Comment at Cleveland City Council Meetings**
*(approved by Cleveland City Council on September 20, 2021)*

# PLEASE READ THESE PROCEDURES BEFORE COMPLETING REGISTRATION FORM

- All meetings of Cleveland City Council are open to the public. Members of the public shall always conduct themselves appropriately and are prohibited from engaging in any conduct that is disruptive or distracting, that substantially and unreasonably interferes with the business of the Council, and the safe and orderly use, operation or administration of the Chambers. Any person who violates any of the above is subject to immediate removal from the Council Chamber and may be ticketed under the Codified Ordinances of the City.
- ALL SPEAKERS MUST PRE-REGISTER. Any person wishing to participate in the Public Comment portion of a regular Council meeting shall register using the registration form made available and provide the following information: name, ward/neighborhood or city of residency, phone number, email address, topic to be addressed, and whether the speaker is being paid to speak and/or is representing an organization. The registration form must be submitted by email, U.S. mail, personal delivery, or website *(website registration may not be available until November 2021)*.  Registrations to make public comment at any regular Council meeting must be submitted between Wednesday at 12:00 noon and Monday at 2:00 pm, before a regular 7:00 pm Council meeting. Registrations will only be accepted for making comments at the next meeting; registrations for any future meeting will not be accepted until the Wednesday before the meeting.  Registrations with false or incomplete information will not be accepted.
- PERSONS NEEDING ASSISTANCE. Any person seeking reasonable accommodations – such as for a disability or language assistance – must make the request at least three business days in advance. Council will make every effort to make reasonable accommodations.
- PUBLIC INFORMATION. All registration information is considered public record; emails and phone numbers *may* be subject to disclosure as public record. All public comments made at the Council meeting are considered a public record.
- SPEAKING. The presiding officer of the meeting will call each speaker to the speaker's podium. No more than ten (10) speakers shall speak at any meeting; each speaker may speak for no longer than three (3) minutes. Speakers may not yield their time to other speakers.
    - Speakers shall only address the topic they registered to speak as stated on their registration form.
    - Speakers shall not use indecent or discriminatory language.
    - Speakers shall address the Council as a body and may not address any individual council member or other person.
        - Speakers shall not engage in electioneering for any candidate or specific ballot issue.

- o Speakers shall not endorse or promote any product or service.
    - o While speaking at the podium, speakers shall not wear anything that promotes any candidate, campaign, issue, product or service; this includes but is not limited to visible logos, slogans, messages, words.

- SIGNS PROHIBITED IN COUNCIL CHAMBER. Signs, posters, banners, placards and similar items are strictly prohibited in the Council Chamber.
- PRESIDING OFFICER WILL MAINTAIN ORDER. The presiding officer of the meeting will maintain order and preside over the Public Comment period according to these Procedures for Public Comment and the Rules of Council.
- Any person who violates these Procedures for Public Comment will not be allowed to speak at the podium and may be asked to leave the Chamber.