IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Chris Martin,** | Case No. 1:23-cv-02312 |
| Plaintiff, | Judge Charles Esque Fleming |
| v. | |
| **Cleveland City Council and Cleveland City Council President Blaine Griffin** (in his official and individual capacities), | **STIPULATED TEMPORARY RESTRAINING ORDER** |
| Defendants. | |

Pursuant to this Court's December 21, 2023 Order, Plaintiff Chris Martin and Defendants Cleveland City Council and Cleveland City Council President Blaine Griffin agree to the following temporary restraining order.

It is hereby ORDERED that, pending further direction from the Court, Defendants and all their respective officers, agents, servants, employees, attorneys and persons acting in concert or participation with them are:

1. Enjoined and restrained from enforcing the Procedures for Public Comment at Cleveland City Council Meetings (approved by Cleveland City Council on September 20, 2021) (Exhibit 2 to the Complaint) **except** the following:

    a. Preregistration requirement as described in the Procedures for Public Comment at Cleveland City Council Meetings under the bullet-point with the heading "ALL SPEAKERS MUST PRE-REGISTER";

    b. No more than ten (10) speakers shall speak at any meeting;

    c. Each speaker may speak for no longer than three (3) minutes.

This temporary restraining order will be effective beginning on January 8, and will remain in effect until the Court rules on Plaintiff's motion for a preliminary injunction. Defendants shall make reasonable efforts to actively share these changes to the public comment procedures with the public.

The Court sets the following briefing schedule on Plaintiff's motion for a preliminary injunction:

> January 16, 2024 - Defendants' Opposition
>
> January 23, 2024 - Plaintiff's Reply

The parties agree that the telephonic status conference set for January 8, 2024 at 11:30 am is not necessary. Defendants submit that there may not be disputed facts that would require a hearing; without having seen Defendants' Opposition, Plaintiff maintains there may be disputed facts and continues to request a hearing on the motion, and would request that hearing be scheduled prior to February 23, 2024. The parties shall file a joint status report on or before January 24, 2024 with proposed dates for a hearing, or, alternatively, notifying the Court that a hearing is not necessary.

This Court has exercised its discretion that no bond shall be required.

Dated:_____   Signed:_____

Presented on January 5, 2024 by:

/s/ Andrew Geronimo
ANDREW GERONIMO (OH# 86630)
andrew.geronimo@case.edu
/s/ Sara Coulter
SARA COULTER (OH# 96793)
sara.coulter@case.edu
/s/ Siobhan Gerber
SIOBHAN GERBER (OH# 101563)
siobhan.gerber@case.edu
**First Amendment Clinic**
MILTON & CHARLOTTE KRAMER LAW CLINIC
CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-2766

Attorneys for Plaintiff Chris Martin

By: s/ J.R. Russell (via email permission)
WILLIAM M. MENZALORA (0061136)
Chief Assistant Director of Law
JAMES R. RUSSELL, JR. (0075499)
Chief Assistant Director of Law
MATTHEW R. AUMANN (0093612)
Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114
Tel: (216) 664-2800
Email: wmenzalora@clevelandohio.gov
Email: jrussell2@clevelandohio.gov
Email: maumann@clevelandohio.gov
Attorneys for Defendants