IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRIS MARTIN,<br>    *Plaintiff*,<br>v.<br><br>CLEVELAND CITY COUNCIL, *et al.*,<br>    *Defendant*. | Case No. 1:23-CV-2312<br>Judge Charles Esque Fleming<br><br>**JOINT STATUS REPORT** |

On December 20, 2023, Plaintiff Chris Martin moved for a temporary restraining order and preliminary injunction against Defendants' enforcement of its public comment policies (adopted in September 2021). The parties agreed to a stipulated temporary restraining order, entered by this Court on January 5, 2024, enjoining Defendants from enforcing the September 2021 public comment policies with three exceptions. Since then, the parties have fully briefed Plaintiff's motion for a preliminary injunction.

On January 22, 2024, Cleveland City Council adopted new public comment policies. *See* Defs' Notice of Supp. Evidence of Mootness, Doc. 14. Plaintiff maintains that his motion for preliminary injunction remains a live controversy, and is evaluating the recently adopted public comment policies. Defendant disagrees. Given the change in the landscape of the case, the parties jointly request a period of two (2) weeks to evaluate and discuss resolution of this matter, after which the parties shall file a joint status report on or before February 7, 2024 with proposed dates for a preliminary injunction hearing, or, alternatively, notifying the Court that a hearing is not necessary.

The parties also stipulate to leave for Defendants to file an Answer or otherwise respond to the Complaint on or before February 16, 2024.

Respectfully submitted,

/s/ Andrew Geronimo
ANDREW GERONIMO (#86630)
andrew.geronimo@case.edu
/s/ Sara Coulter
SARA COULTER (#96793)
sara.coulter@case.edu
/s/ Siobhan Gerber
SIOBHAN GERBER (#101563)
siobhan.gerber@case.edu
**First Amendment Clinic**
MILTON & CHARLOTTE KRAMER LAW CLINIC
CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-2766

*Attorneys for Plaintiff Chris Martin*

S/ J.R. RUSSELL *(per email consent)*
WILLIAM M. MENZALORA (0061136)
CHIEF ASSISTANT DIRECTOR OF LAW
JAMES R. RUSSELL, JR. (0075499)
CHIEF ASSISTANT DIRECTOR OF LAW
MATTHEW R. AUMANN (0093612)
ASSISTANT DIRECTOR OF LAW
CITY OF CLEVELAND, DEPARTMENT OF LAW
601 LAKESIDE AVENUE, ROOM 106
CLEVELAND, OHIO 44114
TEL: (216) 664-2800
EMAIL: WMENZALORA@CLEVELANDOHIO.GOV
EMAIL: JRUSSELL2@CLEVELANDOHIO.GOV
EMAIL: MAUMANN@CLEVELANDOHIO.GOV
ATTORNEYS FOR DEFENDANTS

**Certificate of Service**

The undersigned certifies that this Joint Status Report was filed electronically on January 24, 2024 and will be served upon all parties of record by the Court's electronic case filing system.

> */s/ Andrew Geronimo*
> ANDREW GERONIMO (#86630)
> *Attorney for Plaintiff*