IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHRIS MARTIN, | ) | CASE NO: 1:23-cv-02312 |
| | ) | |
| Plaintiff, | ) | Judge: Charles Esque Fleming |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **PERMIT LEGAL INTERNS TO** |
| CLEVELAND CITY COUNCIL, et al. | ) | **PARTICIPATE IN** |
| | ) | **PROCEEDINGS ON BEHALF OF** |
| Defendants. | ) | **PLAINTIFF CHRIS MARTIN,** |
| | ) | **WITH MEMORANDUM IN** |
| | ) | **SUPPORT** |

Plaintiff, Chris Martin, moves this Court, under Local Civil Rule 83.6, to permit Certified Legal Interns – currently enrolled at Case Western University School of Law – to participate in this matter on his behalf as though they were a duly licensed attorneys. Specifically, Plaintiff seeks permission for current law students William Baker, Alec Bashein, Kaley Elliott, Simon Peter Mizner, Tyler O'Neal, Karina Pantoja, Trey Quillin, and Taylor Ronnebaum to participate in this matter on his behalf. Defendants' Counsel have indicated that they do not oppose this motion. A Memorandum in Support is attached.

Respectfully Submitted,

*/s/ Andrew Geronimo*
Andrew Geronimo (Ohio Bar No. 0086630)
First Amendment Clinic
Case Western Reserve University School of Law
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-6855
Fax: (216) 368-5137
*Attorney for Plaintiff Christopher Martin*

1

IN THE UNITED STATES DISTRICT COURTFOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRIS MARTIN, | ) CASE NO: 1:23-cv-02312 |
| Plaintiff, | ) Judge: Charles Esque Fleming |
| v. | ) |
| CLEVELAND CITY COUNCIL, et al. | ) **MEMORANDUM IN SUPPORT OFMOTION TO PERMIT LEGAL INTERNS TO PARTICIPATE IN PROCEEDINGS ON BEHALF OF PLAINTIFF CHRIS MARTIN** |
| Defendants. | ) |

The undersigned, a supervising attorney at the First Amendment Clinic at the Milton A. Kramer Law Clinic Center at Case Western Reserve University School of Law is counsel of record for Plaintiff in this matter along with Attorneys Coulter and Gerber.

The undersigned advises the Court that William Baker, Alec Bashein, Kaley Elliott, Simon Peter Mizner, Tyler O'Neal, Karina Pantoja, Trey Quillin, and Taylor Ronnebaum, who are currently enrolled at CaseWestern Reserve University School of Law, are Certified Legal Interns under Ohio Sup. Ct. R. Gov.Bar II(1)(3), and are therefore already permitted to participate in litigation matters in Ohio State Courts under the supervision of the undersigned. Plaintiff therefore moves the Court to permit the above-mentioned Certified Legal Interns to participate in this matter on his behalf as though they are duly licensed attorneys in cases pending before this Court.

Although this Court has no specific rule governing appearances by legal interns, Local Civil Rule 83.6 permits law-student representation in these circumstances. The applicable provisions of that rule permit law students to participate if:

2

    (1)    they are "enrolled in a school of law accredited by the American Bar Association";

    (2)    they have "completed one-half of the credit hours required for graduation";

    (3)    parties to the litigation "have advised the Court that they agree to the student[s'] participation and that full explanation has been made of the student[s'] status"; and

    (4)    "the student[s] shall receive no compensation, directly or indirectly, for participation, other than the award of academic credit."

*See* Local Civil Rule 83.6.

The undersigned supervising attorney represents that the above-mentioned Certified Legal Interns satisfy all stated criteria. In addition, Plaintiff has received a full explanation of the Legal Interns' statuses and has agreed to the Interns' participation on his behalf. Defendants' Counsel represented to Plaintiff's Counsel on December 20, 2023, that they did not oppose Certified Legal Intern participation in this case, and confirmed their lack of opposition via email on March 6, 2024. The undersigned also advises the Court that supervising attorneys from the Law Clinic will be present with the Legal Interns during any Court proceedings in which the Plaintiff's interests may be implicated.

At this stage of this litigation, allowing the Certified Legal Interns to practice in this Court will only be necessary if the parties are unable to resolve the issue of reasonable attorneys fees, in which case Counsel anticipates Certified Legal Interns signing Plaintiff's Motion and potentially participating in a hearing regarding the fees if the Court believes one is necessary. *See* <u>Feb. 12, 2024 Order</u> directing Plaintiff to "file any motion for attorney fees and costs by March 13, 2024" if the parties are unable to reach a resolution.

For the reasons set forth above, Plaintiff respectfully requests that the Court grant

his Motion to permit William Baker, Alec Bashein, Kaley Elliott, Simon Peter Mizner, Tyler O'Neal, Karina Pantoja, Trey Quillin, and Taylor Ronnebaum to participate in this matter before the Court as counsel for Plaintiff.

    Respectfully submitted,

*/s/ Andrew C. Geronimo*
Andrew C. Geronimo (Ohio Bar No. 0086630)
*Supervising Attorney*
*/s/ Siobhan Gerber*
Siobhan Gerber (Ohio Bar No. 101563)
First Amendment Clinic
Case Western Reserve University
School of Law
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-6855
Fax: (216) 368-5137
andrew.geronimo@case.edu
siobhan.gerber@case.edu

*Attorneys for Plaintiff Christopher Martin*

## PROOF OF SERVICE

I hereby state that on March 6, 2024, a copy of the foregoing Motion to Permit Legal Interns to Participate in Legal Proceedings and Memorandum in Support was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Andrew Geronimo*
Andrew Geronimo (Ohio Bar No. 0086630)
*Attorney for Plaintiff Chris Martin*