# Exhibit 2

## Allan Dreyer

| | |
|---|---|
| **From:** | Rachel Scalish |
| **Sent:** | Monday, October 9, 2023 10:57 AM |
| **To:** | Blaine Griffin; Patricia J. Britt; Allan Dreyer |
| **Cc:** | Jennifer HeinertO'Leary |
| **Subject:** | FW: Letter Regarding Council's Violation of Our Client's First Amendment Rights @ 09/25/23 Meeting |

Director Griffin and I have discussed the letter received from the CWRU Clinic. Below is his response, which I agreed to beforehand

Rachel

**From:** Griffin, Mark <MGriffin@clevelandohio.gov>
**Sent:** Monday, October 9, 2023 10:19 AM
**To:** Brooke White - Kramer Clinic <bwhite-lawclinic@case.edu>
**Cc:** Andrew Geronimo <acg33@case.edu>; Sara Coulter <sec142@case.edu>; Siobhan Gerber <sao27@case.edu>; Hannah Scifres - Kramer Clinic <hscifres-lawclinic@case.edu>; Patrick Elliott - Kramer Clinic <pelliott-lawclinic@case.edu>; Jacob Cohen - Kramer Clinic <jcohen-lawclinic@case.edu>; Nneka Onyekwuluje - Kramer Clinic <nonyekwuluje-lawclinic@case.edu>
**Subject:** RE: Letter Regarding Council's Violation of Our Client's First Amendment Rights @ 09/25/23 Meeting

Ms. White,

Thank you for your email.

Please let Mr. Martin know that he is welcome to provide public comment at the next Cleveland City Council on the issues that he previously addressed.

Mr. Martin would need to sign up in a timely manner but is otherwise invited and encouraged to continue or complete his remarks (subject to the time limitations for all public commenters).

I can be reached at 216-664-2893 if you would like to discuss the matter further.

Best Regards,

Mark Griffin
Law Director, City of Cleveland

**From:** Brooke White - Kramer Clinic <bwhite-lawclinic@case.edu>
**Sent:** Friday, October 6, 2023 12:48 PM
**To:** Griffin, Mark <MGriffin@clevelandohio.gov>
**Cc:** Andrew Geronimo <acg33@case.edu>; Sara Coulter <sec142@case.edu>; Siobhan Gerber <sao27@case.edu>; Hannah Scifres - Kramer Clinic <hscifres-lawclinic@case.edu>; Patrick Elliott - Kramer Clinic <pelliott-lawclinic@case.edu>; Jacob Cohen - Kramer Clinic <jcohen-lawclinic@case.edu>; Nneka Onyekwuluje - Kramer Clinic <nonyekwuluje-lawclinic@case.edu>
**Subject:** Letter Regarding Council's Violation of Our Client's First Amendment Rights @ 09/25/23 Meeting

> You don't often get email from bwhite-lawclinic@case.edu. Learn why this is important

**CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Dear Mr. Griffin,

My name is Brooke White, and I am a Certified Legal Intern--supervised by attorneys Andrew Geronimo, Sara Coulter, and Siobhan Gerber--for the First Amendment Clinic at Case Western Reserve University School of Law. My colleagues Jacob Cohen, Nneka Onyekwuluje, Patrick Elliott, and Hannah Scifres, also Certified Legal Interns, are copied on this e-mail.

The Clinic has been retained by Chris Martin to represent him in connection with the Council's refusal to let him finish his public comment at the September 25, 2023 City Council Meeting.

Attached please find our letter introducing the Clinic and explaining our concerns. We look forward to meeting and reaching a resolution soon.

Thank you,

Brooke White
Andrew Geronimo
--
Brooke White
*Certified Legal Intern*, First Amendment Clinic
Case Western Reserve University School of Law
11075 East Blvd
Cleveland, Ohio 44106
pronouns: she/her/hers

The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited. If you have received this email in error, please immediately notify me at (216) 368-2766 and permanently delete the original copy or printout.