# Exhibit 7



**April 5, 2024**

Elena Boop  *Via Email*
William Menzalora
Matthew Aumann
Gil Blomgren
Dylan Ford
City of Cleveland Department of Law
eboop@clevelandohio.gov
wmenzalora@clevelandohio.gov
maumann@clevelandohio.gov
gblomgren@clevelandohio.gov
dford5@clevelandohio.gov

Kenneth A. Calderone
John D. Latchney
Hanna, Campbell & Powell, LLP
kcalderone@hcplaw.net
jlatchney@hcplaw.net

Re: *Charles Jackson v. City of Cleveland, et. al.,* N.D. Ohio No. 1:21-cv-1679

Counsel:

Pursuant to the Court's standing order in the above-captioned case, Plaintiff's attorney fee and expense estimates in this case to date are as follows:

| Fees | $670,211.9 |
|---|---|
| Expenses | $71,085.75 |
| **Total** | **$741,297.65** |

Please contact us with any questions.

Very truly yours,

FRIEDMAN GILBERT + GERHARDSTEIN

Elizabeth Bonham