# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS MARTIN, | ) | CASE NO. 1:23-CV-2312 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| CLEVELAND CITY COUNCIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff notified the Court he has accepted Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. (ECF No. 16). Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $500.00 and the reasonable attorney fees and costs ordered in the Court's memorandum opinion and order. (ECF No. 25). This constitutes entry of judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

**Date:  March 31, 2025**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1